**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 06-1253**

---

PAULINE FARMER, surviving, divorced spouse of
Ralph Farmer,

                                                Petitioner,

        versus

DIRECTOR, OFFICE OF WORKERS' COMPENSATION
PROGRAMS; C&S COAL CORPORATION,

                                                Respondents.

---

On Petition for Review of an Order of the Benefits Review Board
(No. 05-0760-BLA)

---

Submitted: June 15, 2006               Decided: June 19, 2006

---

Before KING, SHEDD, and DUNCAN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Pauline Farmer, Petitioner Pro Se. Christian P. Barber, Barry H.
Joyner, UNITED STATES DEPARTMENT OF LABOR, Washington, D.C.; Mark
Elliott Solomons, Laura Metcoff Klaus, GREENBERG TRAURIG, LLP,
Washington, D.C., for Respondents.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Pauline Farmer seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C. §§ 901-945 (2000). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm for the reasons stated by the Board. Farmer v. Dir. Office of Workers' Comp. Prog., No. 05-0760-BLA (BRB Jan. 24, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED